UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALBA IRIS ACOSTA,

                Plaintiff,                              19 **CIVIL** 7801 (VB)(JCM)

      -v-                                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 25, 2020, that the decision of the Commissioner of Social Security is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           August 25, 2020

                                                              **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                                  **BY:**
                                                                     **Deputy Clerk**